**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-7305**

CHRISTOPHER ANTHONY JUDD,

        Plaintiff – Appellant,

   v.

WILLIS COLBY LANGFORD, Detention Facility Employee, Buncombe County Sheriff's Office, in his individual and official capacities; CHAUNCEY TAVARES THICKLIN, f/k/a Chauncey Thicklin, Detention Facility Employee, Buncombe County Sheriff's Office in his individual and official capacities,

        Defendants – Appellees,

and

JANE DOE, Unknown Intake Nurse; JOHN DOE #1, Detention Facility Employee, Buncombe County Sheriff's Office, in his individual and official capacities; KEN VARNER, Deputy Sheriff, Buncombe County Sheriff's Office in his individual and official capacities; JANE DOE, Intake Nurse Working on Night of 12-23-2018, Buncombe County Sheriff's Office, in her individual and official capacities; JOHN DOE #2, Detention Facility Employee, Buncombe County Sheriff's Office, in his individual and official capacities; JOHN DOE #3, Detention Facility Employee, Buncombe County Sheriff's Office, in his individual and official capacities; BUNCOMBE COUNTY, Political Subdivision of The State of North Carolina in individual and official capacities; THE STATE OF NORTH CAROLINA, in individual and official capacities; JANE DOE, Nurse / Mental Health Provider from 2010-2017, Buncombe County Sheriff's Office, in her individual and official capacities; QUENTIN MILLER, Sheriff, County of Buncombe, Buncombe County Sheriff's Office, in his individual and official capacities,

        Defendants.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Martin K. Reidinger, Chief District Judge.  (1:19-cv-00158-MR)

Submitted:  August 30, 2022                                Decided:  June 9, 2023

Before GREGORY, Chief Judge, and HARRIS and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Christopher Anthony Judd, Appellant Pro Se.  Curtis William Euler, BUNCOMBE COUNTY ATTORNEY'S OFFICE, Asheville, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Anthony Judd appeals the district court's order and judgment dismissing his civil rights complaint. We have reviewed the record, the district court's orders, and find no reversible error. Accordingly, we affirm. *Judd v. Langford*, No. 1:19-cv-00158-MR (W.D.N.C. Aug. 11, 2021). We grant Judd's motion to supplement his pleadings and deny his motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*